IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 WEST CAPITOL AVENUE, ROOM 381
LITTLE ROCK, ARKANSAS 72201

**EDIE R. ERVIN**  (501) 604-5200
**UNITED STATES MAGISTRATE JUDGE**  FAX# 604-5389

ORDER SCHEDULING SETTLEMENT CONFERENCE

March 14, 2025

<u>Delivered by email to:</u>

Mr. Brice Moffatt Timmons  btimmons@watsonburns.com
5865 Ridgeway Center, Suite 300
Memphis, TN 38120

Mr. Craig Anthony Edginton  cedgington@watsonburns.com
Watson Burns, PLLC
377 Cheryl Street
Brighton, TN 38011

Ms. Melissa Jo Stewart  melissa@donatilaw.com
Donati Law Firm, LLP
1545 Union Avenue
Memphis, TN 38104-3726

Mr. Jason E. Owens  owens@jowenslawfirm.com
Jason Owens Law Firm, PA
Post Office Box 850
Conway, AR 72033-0850

Re: *McGhee v. Woodruff County Arkansas, et al*  No. 3:23-cv-00223-DPM

Dear Counsel:

1

We have all agreed that I will conduct a settlement conference in the above case, starting at 10:00 a.m. on **March 24, 2025**, in Courtroom 389 of the Federal Courthouse in Little Rock, Arkansas.

This Letter-Order sets forth requirements that the parties must address **before** the settlement conference. Please review it carefully.

It is my understanding that **both** sides have requested this settlement conference and are prepared to negotiate in good faith to reach a full and complete settlement in this case. Please let me know immediately if this is not the case.

Counsel should ensure the presence of representative[s] with **complete authority** to agree to a full and complete settlement in this case.

No later than noon, **March 19, 2025**, each party must submit an *ex parte*, confidential settlement statement that openly and honestly discusses the topics listed below. The confidential statements should not be filed with the Clerk of the Court, nor served on another party. The settlement statements are for my review only and will remain confidential. Parties should hand deliver to chambers or email (erechambers@ared.uscourts.gov) their confidential statement.

Your confidential letters should include:

(1)   an honest summary of the major weaknesses in each side's case, both factual and legal;

(2)   an honest assessment of the obstacles to reaching settlement and your best ideas for overcoming these obstacles;

(3)   a complete evaluation of the maximum and minimum damage awards likely to be awarded if the case goes to trial;

(4)   the impact of any applicable fee-shifting provisions;

(5)   the history of any settlement negotiations to date; and

(6)   the name and title of all parties, party representative(s) and counsel who will attend the conference, including if any participant is requesting permission to attend by videoconference.

There is very little to review in the case file. If you want me to review anything that arguably supports your view of the case, attach a hard copy to your confidential letter.[1] Additionally, if you want me to review any cases (or other legal authority) supporting your evaluation of the case, please provide citations or copies.

In addition to submitting *ex parte* letters, I normally require the parties to exchange written settlement demands/responses before the settlement conference. If this has already been done, please note it in your confidential letters. If you contend that the posture of this case justifies not exchanging settlement offers before we get together, please explain in detail the basis for this contention.

Three hours should be sufficient for this settlement conference. However, if we are making good progress, we may go longer.

The settlement process and our communications before or during the conference are confidential. *See* General Order 50.

Feel free to contact me directly or my courtroom deputy, Melanie Beard, with any questions or ideas for increasing settlement prospects.

I look forward to seeing everyone on March 24 and working together to resolve this case.

                                      Sincerely,

                                      Edie R. Ervin

---

[1] Attachments *exceeding 15 pages* should be hand delivered to chambers.