UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA McGHEE                                                                PLAINTIFF

VS.                          CASE NO. 3:23-CV-00223-DPM

WOODRUFF COUNTY ARKANSAS, *et al*                          DEFENDANTS

## ORDER

The parties are scheduled for a settlement conference before the undersigned on Monday, March 24, 2025. Pursuant to General Order 54,[1] counsel for both parties and their clients, if otherwise permitted, will be allowed to bring electronic devices, including cell phones, laptop computers or PDA type devices into the courthouse on March 24, 2025.

Counsel and clients who bring electronic devices to the settlement conference should bring with them a copy of this Order to present to Court Security Officers upon entry into the building.

SO ORDERED 17 March 2025.

_____
Edie R. Ervin
United States Magistrate Judge

---

[1] Counsel are directed to ensure that their clients are familiar with General Order 54's requirements, including that they may not record, photograph, or film anyone or anything inside the courthouse.