# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSHUA MCGHEE**                                                                                    **PLAINTIFF**

v.                                    No. 3:23-cv-223-DPM

**WOODRUFF COUNTY, ARKANSAS;**
**and PHIL REYNOLDS, Sheriff of**
**Woodruff County, Arkansas**                                                      **DEFENDANTS**

## JUDGMENT

McGhee's complaint is dismissed with prejudice. The Court retains jurisdiction until 23 May 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2025